July 15, 1976.

361 A.2d 715

BAUGHMAN–LEADER, INC. et al.

v.

REACHARD, Appellant, et al.

Argued March 8, 1976. L. Young, with him Donald L. Reihart, for appellant; Stephen P. Linebaugh, with him Daniel W. Shoemaker, for appellees.

Order affirmed.

360 A.2d 678

BENEFICIAL CONSUMER DISCOUNT COMPANY

v.

CORTEZ (et ux.) Appellant.

Submitted March 22, 1976. Jack H. Land, and Bobrin and Land, for appellant; Samuel B. Brenner, and Brenner and Brenner, for appellee.

Order affirmed.